# United States Court of Appeals

## For the Eighth Circuit

_____

No. 22-2165

_____

Damont Ewells,

*Plaintiff - Appellant,*

v.

Rory Griffin, Deputy Director, Health and Correctional Services, Varner
Supermax, ADC; Sondra Parker, Health Services Administrator, Nurse Supervisor,
Varner Supermax; Estella Bland, Health Services Provider, Nurse Practitioner,
Varner Unit, ADC; Denise Powell, Nurse, ADC; Kayla Hargrave, Nurse, ADC,

*Defendants - Appellees,*

Does, Nurse, ADC,

*Defendant,*

Lisa Witherspoon, Nurse,

*Defendant - Appellee.*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: September 28, 2023
Filed: October 11, 2023
[Unpublished]

_____

Before COLLOTON, GRUENDER, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Damont Ewells appeals the district court's[1] adverse grant of summary judgment in his action under 42 U.S.C. § 1983.  After a careful review, we conclude that the district court did not err in granting judgment for the defendants.  *See Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir. 2006) (de novo review).  Accordingly, we affirm, *see* 8th Cir. R. 47B, and we deny Ewells's pending appellate motion.

_____

[1]The Honorable D.P. Marshall Jr., Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.